**FILED**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

JUL 5 2022

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**CAPE GIRARDEAU**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | 1:22CR00088SNLJ-ACL |
| | ) | |
| JALEEL DEVONTAE GIPSON, and | ) | |
| JUSTIN DEWAYNE GIPSON, | ) 21 U.S.C. § 841(a)(1); | |
| | ) 18 U.S.C. § 922(g)(3); | |
| Defendants. | ) 18 U.S.C. § 924(c)(1)(A); | |
| | ) 18 U.S.C. § 2(a). | |

## INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

On or about June 11, 2022, in Ripley County, within the Southeastern Division of the Eastern District of Missouri,

**JALEEL DEVONTAE GIPSON and**
**JUSTIN DEWAYNE GIPSON,**

the defendants herein, aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing methamphetamine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2(a), and punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

## Count II

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2022, in Ripley County, within the Southeastern Division of the Eastern District of Missouri,

**JALEEL DEVONTAE GIPSON and
JUSTIN DEWAYNE GIPSON,**

the defendants herein, aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute, marijuana, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2(a), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## Count III

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2022, in Ripley County, within the Southeastern Division of the Eastern District of Missouri,

**JALEEL DEVONTAE GIPSON and
JUSTIN DEWAYNE GIPSON,**

the defendants herein, aided and abetted by each other, knowing that they were unlawful users of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess firearms and ammunition that had previously traveled in and affected interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 2(a).

## Count IV

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 11, 2022, in Ripley County, within the Southeastern Division of the Eastern District of Missouri,

**JALEEL DEVONTAE GIPSON and
JUSTIN DEWAYNE GIPSON,**

the defendants herein, aided and abetted by each other, and in furtherance of a drug trafficking crime, for which they may be prosecuted in a Court of the United States, to-wit: Possession of Methamphetamine with Intent to Distribute, knowingly possessed firearms in furtherance thereof, in violation of Title 18, United States Code, Section 924(c)(1)(A), and Title 18 United States Code, Section 2(a), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
JULIE HUNTER, #51612 MO
ASSISTANT UNITED STATES ATTORNEY

3